UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRIME HOOKAH INC.,<br>a New Jersey corporation,<br><br>          Plaintiff,<br><br>v.<br><br>FCM ONLINE LLC, a New Jersey Corporation, MAHMUT KURT an individual, JOHN YAVUZ, an individual, JMR ONLINE LLC, a New Jersey Corporation, ABC Company and DOES 1-10,<br><br>          Defendants. | Civ. No. 2:21-cv-13915 (WJM)<br><br>**JUDGEMENT and ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

    This matter comes before the Court on Plaintiff's Motion for Default Judgment against Defendants FCM Online LLC ("FCM"), Mahmut Kurt ("Kurt"), John Yavuz ("Yavuz"), and JMR Online LLC ("JMR") (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2). ECF No. 15. For the reasons set forth in the accompanying opinion, and for good cause shown,

    **IT IS** on this 14th day of April 2022, **ORDERED** that Plaintiff's Motion for Default Judgment is **granted**;

    **IT IS FURTHER ORDERED** that final judgment is entered in favor of Plaintiff Prime Hookah and against Defendants, jointly and severally, for statutory damages under

the Lanham Act for the total amount of $30,000, comprised of $3,000 for each of the two counterfeit marks for the five types of goods sold pursuant to 15 U.S.C. § 1117(c); and

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. P. Rule 65, Defendants and their officers, agents, affiliates, representatives, and all those who act in concert or participation with them are hereby permanently enjoined and restrained from selling, marketing, displaying, or receiving any benefit from Zebra and Tanya trademarks without the consent of Plaintiff.

WILLIAM J. MARTINI, U.S.D.J.